UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-08528-AS | Date | February 11, 2026 |
|---|---|---|---|
| Title | Roxette Lopez v. United States of America | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO FILE PROOF OF SERVICE**

On September 9, 2025, Plaintiff Roxette Lopez ("Plaintiff") filed a complaint against the United States of America. ("Defendant"). (Dkt. No. 1). On September 17, 2025, the Clerk of the Court issued a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").[1] (Dkt. No. 4). The Clerk issued a 60-day summons on September 25, 2025. (Dkt. No. 6).

On December 22, 2025, the Court issued an Order to Show Cause ("OSC") why the case should not be dismissed for failure to effectuate service and lack of prosecution because Plaintiff had not timely served Defendant. (Dkt. No. 7). Plaintiff responded on December 24, 2025, setting forth her attempts to serve Defendant and requesting 60 additional days for service. (Dkt. No. 8). The Court vacated the OSC and granted Plaintiff 45 days to serve Defendant. (Dkt. No. 9).

Defendant answered the complaint on January 14, 2026. (Dkt. No. 11). However, Plaintiff did not file a proof of service upon Defendant. According to Central District of California Local Civil Rule ("Local Rule") 4-6, Plaintiff must "file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgement of service."

---

[1] As previously explained, the Notice of Assignment advises that this case has been assigned to U.S. Magistrate Judge Alka Sagar for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination. (Dkt. No. 4).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-08528-AS | Date | February 11, 2026 |
|---|---|---|---|
| Title | Roxette Lopez v. United States of America | | |

Additionally, pursuant to Local Rule 73-2.1, Plaintiff must serve the Notice of Assignment on Defendant at the time of service of the summons and complaint.

Therefore, on January 15, 2026, the Court issued an Order directing Plaintiff to file a proof of service of the summons, complaint, and Notice of Assignment on Defendant by no later than January 22, 2026. (Dkt. No. 12). That deadline has passed. As of this date, Plaintiff still has not filed any proof of service or otherwise responded to the Court's Order of January 15, 2026.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why this case should not be dismissed without prejudice for failure to prosecute, and/or for failure to obey a court order. *See* Fed. R. Civ. P. 41(b). Failure to timely file a written response to this Order may result in dismissal of this action for failure to prosecute, and/or for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**