UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-08528-AS | Date | February 26, 2026 |
|---|---|---|---|
| Title | Roxette Lopez v. United States of America | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings:**     **(IN CHAMBERS) SECOND ORDER TO SHOW CAUSE RE FAILURE TO FILE PROOF OF SERVICE**

On September 9, 2025, Plaintiff Roxette Lopez ("Plaintiff") filed a complaint against the United States of America. ("Defendant"). (Dkt. No. 1). On September 17, 2025, the Clerk of the Court issued a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").[1] (Dkt. No. 4). The Clerk issued a 60-day summons on September 25, 2025. (Dkt. No. 6).

Defendant answered the complaint on January 14, 2026. (Dkt. No. 11). However, Plaintiff did not file a proof of service upon Defendant. On January 15, 2026, the Court issued an Order directing Plaintiff to file a proof of service of the summons, complaint, and Notice of Assignment on Defendant by no later than January 22, 2026.[2] (Dkt. No. 12). On February 11, 2026, the

---

[1] As previously explained, the Notice of Assignment advises that this case has been assigned to U.S. Magistrate Judge Alka Sagar for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination. (Dkt. No. 4).

[2] According to Central District of California Local Civil Rule ("Local Rule") 4-6, Plaintiff must "file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgement of service." Additionally, pursuant to Local Rule 73-2.1, Plaintiff must serve the Notice of Assignment on Defendant at the time of service of the summons and complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-08528-AS | Date | February 26, 2026 |
|---|---|---|---|
| Title | Roxette Lopez v. United States of America | | |

Court, noting that Plaintiff had not filed any proof of service or otherwise responded to the Court's Order, issued an ORDER TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute, and/or for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b).  Plaintiff was required to respond no later than fourteen (14) days from the date of the Court's Order, or no later than February 25, 2026.

As this deadline has passed without compliance from Plaintiff, the Court issues this SECOND AND FINAL ORDER TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and/or for failure to obey a court order.  Plaintiff is ORDERED to serve the Notice of Assignment on Defendant **no later than March 9, 2026**, and to file proof of such service no later than five (5) calendar days after service.  Plaintiff is cautioned that further failure to serve the Notice of Assignment and demonstrate compliance with Local Rule 73.2-1 may result in dismissal of this action for failure to obey court orders.  See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**