UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES - GENERAL**

| Case No. | CV  25-08528-AS | Date | May 27, 2026 |
|---|---|---|---|
| Title | Roxette Lopez v. United States of America | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None present | | None present |


**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE**


On  April 2, 2026, the Court issued an Order Re Scheduling Conference, setting a scheduling conference for June 2, 2026 at 10:00 a.m.  (Dkt. No. 21).  The parties were ordered to file a joint status report no later than seven days before the scheduling conference - by May 26, 2026.  (Id.).  But on May 26, 2626, Defendant filed a unilateral Rule 26(f) report noting that Plaintiff's counsel has neither properly responded nor cooperated in the filing of a joint status report as ordered.  (Dkt. No. 22  at 2; Declaration of Paul La Scala ¶¶ 3-9).  Plaintiff has apparently disobeyed or disregarded the Court's order.

For this reason, Plaintiff is  ORDERED TO SHOW CAUSE, in writing, by May 29, 2026, why (1) Plaintiff has not complied with the Court's Order to participate in a Joint Report of Rule 26(f) meeting and draft the Joint Rule 26(f) Report in compliance with the Court's Order; and (2) the Court should not sanction Plaintiff for its failure to do so, including the dismissal of this action for lack of prosecution.  The Court will discharge this Order upon the prompt filing of a satisfactory JOINT Rule 26(f).  Failure to comply with this Order may result in the dismissal of this action for lack of prosecution or additional sanctions without further notice.

**IT IS SO ORDERED.**